IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **TRICIA HIMEBAUGH,** | § § § § | |
| *Plaintiff,* | | |
| **v.** | § § § § § § | C.A. NO.: 3:24-CV-00197 |
| **GALVESTON COLLEGE,** | | |
| *Defendant.* | | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO AMEND PLEADINGS

Jeffrey Vincent Brown, US District Judge:

Plaintiff has moved to reconsider this court's April 3, 2025 Memorandum Opinion and Order and for leave to file her Second Amended Complaint.

The Court having considered Plaintiff's arguments and authorities hereby GRANTS said Motion.

Accordingly, the April 3, 2025 Memorandum Opinion and Order is hereby withdrawn, Defendants' Motions to Dismiss are DENIED and Plaintiff is granted leave to file her Second Amended Complaint.

1

Signed on Galveston Island this ___ day of _____, 2025.


_____
Jeffrey Vincent Brown
US District Judge

Respectfully submitting this 1st day of May, 2025.


**FINIS COWAN**
**ATTORNEY AT LAW**

BY: /$/ Finis Cowan
SBOT 04912100
One Greenway Plaza
Suite 100
Houston, Texas 77046
PH:     832. 341 4599
Fax:    713 561 3692
Email: Finis@finiscowan.com
E-Service: Service@TexasDebtDefense.com


## CERTIFICATE OF SERVICE

This shall serve as certification that on May 1, 2025, a true and correct copy of this instrument was served upon Plaintiffs' attorney of record at the service address below via efiling:

cgrover@rmgllp.com, ademmler@rmgllp.com

*/s/ Finis Cowan*

3